1  THOMAS A. JOHNSON, #119203
   KRISTY KELLOGG, #271250
2  400 Capitol Mall, Suite 1620
   Sacramento, California  95814
3  Telephone:  (916) 422-4022
4  Attorney for Defendant Dewey Bullock

5

6                 IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )  Case No.: 2:11-CR-00099-EFB
                                      )
10            Plaintiff,              )  STIPULATION AND ORDER
                                      )  DISMISSING COUNTS THREE AND
11      vs.                           )  FOUR PURSUANT TO THE PLEA
                                      )  AGREEMENT
12 DEWEY BULLOCK,                     )
                                      )
13            Defendant.              )
                                      )

14

15      **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that

16 Counts Three and Four of the Information are to be dismissed.  Counts Three and Four

17 are both violations of 18 U.S.C. § 641. Dismissal of these counts was previously agreed

18 upon in the Plea Agreement that was filed with the Court on September 19, 2011.

19

20 **IT IS SO STIPULATED.**

21 DATED:  December 8, 2011          By:   /s/ Kristy Kellogg
22                                         KRISTY KELLOGG
                                           Attorney for Defendant
23                                         DEWEY BULLOCK

24 ////

25 ////

26 ////
27
28 ////

1   DATED:  December 8, 2011                              BENJAMIN B. WAGNER
                                                          United States Attorney
2

3                                                  By:    /s/ Kristy Kellogg for
                                                          DAVID STEVENS
4                                                         Assistant United States Attorney

5   **IT IS SO ORDERED.**

6   DATED:  December 8, 2011.

7                                                  _____
                                                   EDMUND F. BRENNAN
8                                                  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28